IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** John, David Q

Printed: 4/22/08

Case Number: 07 B 18875
Judge: Hollis, Pamela S
Filed: 10/12/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: February 25, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,429.00 |  |
| Secured: |  | 984.78 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 56.22 |
| Other Funds: |  | 1,388.00 |
| Totals: | 2,429.00 | 2,429.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Medical Center Dental | Secured | 0.00 | 0.00 |
| 2. | Credit Acceptance Corp | Secured | 19,966.00 | 984.78 |
| 3. | Calvary Portfolio Services | Unsecured | 182.23 | 0.00 |
| 4. | Cinzia Lia | Unsecured | 528.41 | 0.00 |
| 5. | Abdul Sutter MD | Unsecured | 58.52 | 0.00 |
| 6. | I C Systems Inc | Unsecured | 18.86 | 0.00 |
| 7. | National Credit System | Unsecured | 458.50 | 0.00 |
| 8. | Sprint Nextel | Unsecured | 193.62 | 0.00 |
| 9. | Corporate Collection Service | Unsecured |  | No Claim Filed |
| 10. | Americas Recovery Network | Unsecured |  | No Claim Filed |
| 11. | American Collection Corp | Unsecured |  | No Claim Filed |
| 12. | American Collection Corp | Unsecured |  | No Claim Filed |
| 13. | Americas Recovery Network | Unsecured |  | No Claim Filed |
| 14. | Americas Recovery Network | Unsecured |  | No Claim Filed |
| 15. | American Express | Unsecured |  | No Claim Filed |
| 16. | Cb Of Indianapolis | Unsecured |  | No Claim Filed |
| 17. | AWA Collection | Unsecured |  | No Claim Filed |
| 18. | AWA Collection | Unsecured |  | No Claim Filed |
| 19. | AWA Collection | Unsecured |  | No Claim Filed |
| 20. | AWA Collection | Unsecured |  | No Claim Filed |
| 21. | AT&T | Unsecured |  | No Claim Filed |
| 22. | Centrix Financial A/K/A FlatIron Fin | Unsecured |  | No Claim Filed |
| 23. | Debt Credit Service | Unsecured |  | No Claim Filed |
| 24. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 25. | Certified Credit Corporation | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | John, David Q | | Case Number: 07 B 18875 |
|---|---|---|---|
| | | | Judge: Hollis, Pamela S |
| | Printed: 4/22/08 | | Filed: 10/12/07 |

| | | | | |
|---|---|---|---|---|
| 26. | Diversified Svs Group | Unsecured | | No Claim Filed |
| 27. | Credit Protection Association | Unsecured | | No Claim Filed |
| 28. | Drive Financial Services | Unsecured | | No Claim Filed |
| 29. | H&F Law | Unsecured | | No Claim Filed |
| 30. | Drive Financial Services | Unsecured | | No Claim Filed |
| 31. | ER Solutions | Unsecured | | No Claim Filed |
| 32. | Global Payments | Unsecured | | No Claim Filed |
| 33. | H&F Law | Unsecured | | No Claim Filed |
| 34. | Global Payments | Unsecured | | No Claim Filed |
| 35. | H&F Law | Unsecured | | No Claim Filed |
| 36. | H&F Law | Unsecured | | No Claim Filed |
| 37. | H&F Law | Unsecured | | No Claim Filed |
| 38. | J J Marshall | Unsecured | | No Claim Filed |
| 39. | H&F Law | Unsecured | | No Claim Filed |
| 40. | Covenant Mgmt Group | Unsecured | | No Claim Filed |
| 41. | H&F Law | Unsecured | | No Claim Filed |
| 42. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 43. | H&F Law | Unsecured | | No Claim Filed |
| 44. | H&F Law | Unsecured | | No Claim Filed |
| 45. | Harris & Harris | Unsecured | | No Claim Filed |
| 46. | IC Collections | Unsecured | | No Claim Filed |
| 47. | H&F Law | Unsecured | | No Claim Filed |
| 48. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 49. | Heights Finance Corp | Unsecured | | No Claim Filed |
| 50. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 51. | J J Marshall | Unsecured | | No Claim Filed |
| 52. | Leading Edge | Unsecured | | No Claim Filed |
| 53. | Leading Edge | Unsecured | | No Claim Filed |
| 54. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 55. | Northwest Collectors | Unsecured | | No Claim Filed |
| 56. | H&F Law | Unsecured | | No Claim Filed |
| 57. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 58. | National Recovery, Inc | Unsecured | | No Claim Filed |
| 59. | Northwest Collectors | Unsecured | | No Claim Filed |
| 60. | Nicor Gas | Unsecured | | No Claim Filed |
| 61. | Park Dansan | Unsecured | | No Claim Filed |
| 62. | Professional Account Management | Unsecured | | No Claim Filed |
| 63. | Professional Account Management | Unsecured | | No Claim Filed |
| 64. | Riscuity | Unsecured | | No Claim Filed |
| 65. | Riscuity | Unsecured | | No Claim Filed |
| 66. | Park Dansan | Unsecured | | No Claim Filed |
| 67. | RJM Acquisitions LLC | Unsecured | | No Claim Filed |
| 68. | American Collection Corp | Unsecured | | No Claim Filed |
| 69. | Wexler & Wexler | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 21,406.14 | $ 984.78 |

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  John, David Q

Printed:  4/22/08

Case Number:  07 B 18875
Judge:  Hollis, Pamela S
Filed:  10/12/07

#### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|----------|------------|
| 5.4%     | 56.22      |
|          | _____ |
|          | $ 56.22    |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

